FILED'08 JUN 02 15:13 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY MACQUIRE

    Plaintiff,

vs.

CITY OF GRESHAM and
JEFF DURBIN,

    Defendants.

Case No: 07-919-MO

**JUDGMENT**

This action came to trial on April 28-30, 2008, before the Court and a jury, Honorable Michael W. Mosman, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

It is Ordered and Adjudged that:

1. Plaintiff Mary MacQuire recover from defendant Jeff Durbin the sum of eighty thousand dollars with interest from the date of entry of judgment;

2. Plaintiff may present a petition for costs and attorney fees as provided by law.

JUDGMENT

DATED this 2d day of June, 2008.

                                                MICHAEL W. MOSMAN
                                                U.S. District Court Judge

Submitted by:

    Edward Johnson
    Oregon Law Center
    Of Attorneys for Plaintiff

JUDGMENT